Yolanda W. STOKES, Plaintiff—Appellant,

v.

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, t/a Petersburg Redevelopment and Housing Authority; Julian Marsh, Executive Director, Petersburg Redevelopment and Housing Authority; Nathaniel Pride, Board of Commissioners of the Petersburg Redevelopment and Housing Authority (Past and Present); Sheryl Ford, Board of Commissioners of the Petersburg Redevelopement and Housing Authority (Past and Present); Ann Morgan, Board of Commissioners of the Petersburg Redevelopment and Housing Authority (Past and Present); Board of Commissioners of the Petersburg Redevelopment and Housing Authority, Defendants—Appellees,

and

Nancy Wesoff, former Executive Director, Petersburg Redevelopment and Housing Authority, Defendant.

No. 05–2430.

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2006.

Decided: July 24, 2006.

Yolanda W. Stokes, Appellant Pro Se. Jonathan Holland Hambrick, Office of the United States Attorney, Richmond, Virginia; Lynn Forgrieve Jacob, Williams Mullen, Richmond, Virginia, for Appellees.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yolanda W. Stokes appeals the district court's order granting summary judgment to Defendants in Stokes' employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stokes v. HUD,* No. CA–05–239–3 (E.D.Va. Dec. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*